STATE OF NEW JERSEY v. DONALD NEAL.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LANCE D. WATSON.

June 21, 1988.

Petition for certification denied. (See 224 *N.J.Super.* 354)

STATE OF NEW JERSEY v. ISRAEL OLIVERAS.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL GRAHAM.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK LEWIS.

June 21, 1988.

Petition for certification denied.